OBIOMA UKAEGBE
1467 ABBOTTSON ST.
CARSON, CA. 90746
(310) 916-4098

Debtor in Pro Per

**FILED**
**NOV 13 2014**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:                )
                      )    Case No. 14-bk-22093-VZ
OBIOMA UKAEGBE        )
        Debtor.       )    **MOTION TO SET ASIDE ORDER**
                      )    **OF 180 RESTRICTION TO FILE**
                      )    **NEW BANKRUPTCY PETITION**
_____)

### MOTION

**COMES NOW,** Debtor OBIOMA UKAEGBE with his Motion to Set Aside the Order dated 8/6/14 restricting the debtor from filing a new bankruptcy case for a period of 180 days.

The debtor brings forth this motion based upon his own personal knowledge of the case, the files and pleadings contained within, and any oral or written testimony that may be requested by the Court.

The debtor respectfully requests that the Order be set aside and he be allowed to file a new bankruptcy petition based on the following facts and circumstances:

1. The Debtor filed for Chapter 13 bankruptcy protection under Title 11 of the U.S.C. Code on 6/23/14.

1

2. The debtor complied with all necessary filing requirements and so the matter was set for a 341 hearing on 8/5/14.

3. The debtor was unable to attend the 341 hearing because of a personal financial crisis that did not allow him the ability to produce the subsequent Chapter 13 post payments and related verifications required from the trustee to continue the support of the suggested plan.

4. The purpose of the initial bankruptcy filing was to be able to make arrangements with his mortgage company Select Portfolio Services in establishing a repayment plan for the arrearages associated with his mortgage payment.

5.. After the dismissal of his case, Select Portfolio Services began to work the Debtor in an attempt to establish a loan modification of the mortgage loan.

6. The mortgage company continued to make promises that everything would be okay and that a modification would be assured based on the debtor's financials.

7. Upon supplying Select Portfolio Servicing with all the documentation that they requested, it then became known to the Debtor that a new sale date had been issued for 11/20/14.

8. The debtor maintains that his income to debt ratio will qualify him to warrant a 5 year repayment under the provisions of a Chapter 13 plan that will satisfy the appropriate repayment of mortgage arrearages, trustee fees and also payments to any unsecured creditors

///

///

-2-

9. To date, as a result of an increase in the debtor's financial status, he is in a position to show full verification of his ability to qualify for and sustain an active Chapter 13 repayment plan.

10.. This repayment procedure would be of great value to all involve including all of the Debtor's secured and unsecured creditors.

11. As a result of the information disclosed within this motion and considering the impending issue of the real property, the debtor respectfully requests the following:

**WHEREFORE, the Debtor prays for the following:**

a) The Order restricting the debtor from filing a new bankruptcy petition under Bankruptcy Rule 109(g) be set aside and/or vacated;

b) Any other relief deemed proper and just by the Court.

I declare under the penalty of perjury for the laws that govern the United States of America that the foregoing is true and correct and if called as a witness could and would competently testify to the facts thereto.

Dated: 11-13-14

OBIOMA UKAEGBE
Debtor in Pro Per

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
MOTION TO SET ASIDE ORDER TO SET ASIDE 180 DAY RESTRICTION TO FILE NEW BANKRUPTCY
PETITION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/13/14, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SELECT PORTFOLIO SERVICE
P.O. BOX 65250
SALT LAKE CITY, UT. 84165

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/13/14        Willie Henderson                    *(signature)*
Date            Printed Name                        Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           F 9013-3.1.PROOF.SERVICE